**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

United States

   Plaintiff,

\*

\*

v.

\*

Brian Anthony Gilbert

   Defendant.

\*

\*

Case No. 8:20-cr-374

**REQUEST FOR ENTRY OF APPEARANCE
ON BEHALF OF A FEDERAL GOVERNMENT AGENCY**

Please enter my appearance in this case on behalf of the United States.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| PA | 11/1/10 |
| DC | 7/13/12 |
|  |  |
|  |  |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

11/3/20
_____
Date

_Jessica L. Urban_
_____
Signature

Jessica L. Urban, DC #1008742
_____
Printed name and bar number

DOJ, CEOS, 1301 New York Ave NW, Washington, DC 20005
_____
Address

Jessica.Urban@usdoj.gov
_____
Email address

202-353-4146
_____
Telephone number

202-514-1793
_____
Fax number

---

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**