# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *

v.                                         Case No.   PWG 20-cr-00374-1

Brian Anthony Gilbert             *

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this _____16th_____ day of __November__ 2020, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

Charles B. Day
(Digitally signed by Charles B. Day, 2020.11.16 16:02:12 -05'00')

Charles B. Day
United States Magistrate Judge

*FILED, U.S. DISTRICT COURT, DISTRICT OF MARYLAND, 2020 NOV 17 AM 11:52, CLERK'S OFFICE AT GREENBELT*

U.S. District Court (4/2000) Criminal Magistrate Forms: Appointing Counsel