IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

vs.                            *       Case No.   PWG 20-cr-00374-1

Brian Anthony Gilbert          *

******

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Stephanie Snyder__, and the Government was represented by Assistant United States Attorney __Leah Grossi__, it is

**ORDERED**, this __16th__ day of __November 2020__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Charles B. Day
Charles B. Day
United States Magistrate Judge



U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement