# UNITED STATES DISTRICT COURT
## ------------DISTRICT OF MARYLAND------------

### A P P E A R A N C E

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | Crim. No. PWG-20-0374 |
| **BRIAN ANTHONY GILBERT** | * | |
| | * | |

\* \* \* \* \* \*

### NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

      Please enter my appearance as counsel in the case for Brian Anthony Gilbert. I certify that I am admitted to practice in this Court.

                                            JAMES WYDA  
                                            Federal Public Defender

                                            /s/  
                                            ELIZABETH G. OYER (#95458)  
                                            Senior Litigation Counsel  
                                            100 South Charles Street  
                                            Tower II, 9th Floor  
                                            Baltimore, Maryland  21201  
                                            Telephone: (410) 962-3962  
                                            Facsimile:  (410) 962-0872  
                                            Email:  Liz_Oyer@fd.org

Date: November 18, 2020