IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA** \*

**v.** \*    Criminal No. PWG-20-374

**BRIAN GILBERT** \*

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER EXTENDING TIME FOR FILING MOTIONS

Upon consideration of the defendant Brian Gilbert's unopposed motion to extend the time to file motions, and for good cause shown, it is this _____ day of _____, 2020, hereby ORDERED, that the deadline for filing pretrial motions is extended to February 7, 2021.  The status call previously scheduled for December 11, 2020, will be rescheduled for a date after the motions deadline.  All other deadlines remain in effect.

_____
Hon. Paul W. Grimm
United States District Judge

1