IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PWG-20-374** |
| | * | |
| **BRIAN ANTHONY GILBERT,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

**ORDER**

On this date, the Court received and reviewed the Government's Consent Motion to Exclude Time Under the Speedy Trial Act. Based upon the representations set forth in the Government's consent motion, and with the consent of the Defendant, it is ORDERED on this the _____ day of December, 2020, that the Government's motion is GRANTED.

It is further ORDERED that all time from December 1, 2020 through February 7, 2021 is excluded in computing the time in which the Defendant's trial in this case shall commence under the Speedy Trial Act.

In addition, based upon the representations in the Government's motion, the Court FINDS that the ends of justice served by taking this action outweigh the interest of the public and the Defendant's right to a speedy trial. Factors considered by the Court in granting this motion include the nature of the case and the severity of the present charges. Given these factors and others, the Court FINDS that it is unreasonable to expect counsel to prepare for pretrial proceedings or trial within the time limits established under 18 U.S.C. § 3161.

_____
THE HONORABLE PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE