IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | Criminal No. PWG-20-374 |
| **BRIAN GILBERT** | * | |

\* * * * * * * * * * * * *

## ORDER EXTENDING TIME FOR FILING MOTIONS

Upon consideration of the defendant Brian Gilbert's unopposed motion to extend the time to file motions, and for good cause shown, it is this __8th__ day of __December__, 2020, hereby ORDERED, that the deadline for filing pretrial motions is extended to February 7, 2021. The status call previously scheduled for December 11, 2020, will be rescheduled for a date after the motions deadline. All other deadlines remain in effect.

_____/s/_____
Hon. Paul W. Grimm
United States District Judge

1