(LBG/kg USAO#2020R00675)

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

BRIAN ANTHONY GILBERT

*Defendant*

Case No. 8:20-cr-00374-PWG

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **BRIAN ANTHONY GILBERT**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a)          Production of Child Pornography
18 U.S.C. § 2252(A)(a)(2)    Distribution of Child Pornography
18 U.S.C. § 2252(A)(a)(5)(b) Possession of Child Pornography

Date: November 2, 2020

*Issuing officer's signature*

City and state:   Greenbelt, Maryland

Honorable Gina L. Simms, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/2/20, and the person was arrested on *(date)* 11/16/20 at *(city and state)* Upper Marlboro, MD |
| Date: 11/16/20 |

*Arresting officer's signature*

Jonathan Stewart, Special Agent
*Printed name and title*