IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| V. | * | **CRIM. NO. PWG-20-374** |
| | * | |
| **BRIAN ANTHONY GILBERT,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |
| | * | |
| | ******* | |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of Joseph R. Baldwin as counsel for the United States of America for all purposes in the above-captioned case.

                                                  Respectfully submitted,

                                                  Jonathan F. Lenzner
                                                  Acting United States Attorney

BY:   /s/                          
           Joseph R. Baldwin
           Assistant United States Attorney