# UNITED STATES DISTRICT COURT
------------DISTRICT OF MARYLAND------------

## A P P E A R A N C E

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No. PWG-20-0374 |
| **BRIAN ANTHONY GILBERT** | * | |
| | * | |

\* \* \* \* \* \*

### NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Please enter my appearance as counsel in the case for Brian Anthony Gilbert. I certify that I am admitted to practice in this Court.

                                            JAMES WYDA
                                            Federal Public Defender

                                            _____/s/_____
                                            CULLEN O. MACBETH (#810923)
                                            Assistant Federal Public Defender
                                            6411 Ivy Lane, Suite 710
                                            Greenbelt, Maryland  20770
                                            Telephone: (301) 344-0600
                                            Facsimile:  (301) 344-0019
                                            Email:  cullen_macbeth@fd.org

Date: November 18, 2021