# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No. PWG-20-0374 |
| **BRIAN ANTHONY GILBERT** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Brian Anthony Gilbert, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the date Judgment was entered by the Honorable Paul W. Grimm, United States District Judge.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
 for the District of Maryland

_____/s/_____
ELIZABETH G. OYER (#95458)
Senior Litigation Counsel
Office of the Federal Public Defender
100 South Charles Street
Tower II, Ninth Floor
Baltimore, Maryland 21201
Telephone: (410) 962-3962
Facsimile:  (410) 962-3976
Email: liz_oyer@fd.org