FILED: December 21, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4696
(8:20-cr-00374-PWG-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

BRIAN ANTHONY GILBERT

       Defendant - Appellant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:20-cr-00374-PWG-1 |
| Date notice of appeal filed in originating court: | 12/15/2021 |
| Appellant(s) | Brian Anthony Gilbert |
| Appellate Case Number | 21-4696 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |