FILED: December 21, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4696
(8:20-cr-00374-PWG-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRIAN ANTHONY GILBERT

    Defendant - Appellant

_____

O R D E R
_____

The court appoints the Federal Defender for the District of Maryland to represent Brian Anthony Gilbert in this case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk