IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-20-374 |
| | * | |
| BRIAN ANTHONY GILBERT, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ****** | | |

# FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. On November 18, 2021, the Court entered a Preliminary Order of Forfeiture, ECF No. 37 (the "Preliminary Order"), forfeiting all of the Defendant's right, title, and interest in the following property:

(a) an HP laptop, serial number CND6310DPY, seized on September 11, 2020 from the Defendant's residence (20-FBI-006825);

(b) a black iPhone 5S, IMEI 01385000070820, seized on September 11, 2020 from the Defendant's residence (20-FBI-006825); and

(c) a Samsung tablet, IMEI 359829060330346, seized on September 11, 2020 from the Defendant's residence (20-FBI-006825);

(collectively, the "Subject Property"); and

WHEREAS, pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2 (b)(6)(C), the United States caused to be published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all identified third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely third-party claim to the Subject Property has been filed and the deadline for doing so has expired; and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(1) of Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that this Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

_____  
Date

_____  
Hon. Paula Xinis  
United States District Judge