IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG-20-374 |
| | * | |
| BRIAN ANTHONY GILBERT, | * | |
| | * | |
| Defendant | * | |
| | * | |

******

## CONSENT MOTION FOR ORDER OF RESTITUTION

Pursuant to 18 U.S.C. § 3664(d)(5), the Government, with the consent of Defendant Brian Gilbert, through counsel, requests that the Court amend the judgement to add an Order of Restitution that includes $3000 for each of the victims whose images the Defendant possessed and who also sought restitution by means of a submission to this Court. In addition, also with consent of counsel, the Government asks that the Court include $715 as indicated in the submission of Victim 1.

On December 8, 2021, Defendant Brian Anthony Gilbert was sentenced to a total term of 540 months of imprisonment and lifetime supervised release. A decision on the pending restitution request was withheld to permit for additional discussion by the parties. The parties, through counsel, have discussed a resolution of restitution and on December 28, 2021 reached an agreement as to restitution amounts. Defense counsel reviewed this motion and again agreed to it on January 25, 2022.

An order of restitution is mandatory in this matter. 18 U.S.C. § 2259(a). In addition, the Defendant agreed to an order of restitution for the full amount caused by the offense conduct. ECF No. 32 at 8, ¶ 13. The Government submitted restitution packets from victims (by series for individual victims) and a victim impact statement from a production victim that sought

restitution. The parties, through counsel, have agreed upon $3000 per possession victim and $715 for the production victim who sought restitution in that amount, for a total of $24,715 in restitution.

Accordingly, the Government requests that an order for restitution be issued to the victims (identified by series) in amounts reflected in the table below:

| Series / Victim # | Restitution Amount |
| --- | --- |
| BluesPink1 | $3000 |
| CinderblockBlue | $3000 |
| Jenny | $3000 |
| Lighthouse1 | $3000 |
| PinkHeartSisters1 | $3000 |
| Sweet Pink Sugar | $3000 |
| Sweet Purple Sugar | $3000 |
| Sweet White Sugar | $3000 |
| Victim 1 | $715 |
| **Total** | **$24,715.00** |

Payment instruction information for each victim will be provided separately to the Clerk for inclusion in the Statement of Reasons.

WHEREFORE, the Government with the consent of the Defendant, hereby requests that the Court enter an order of restitution and/or amended the judgment to reflect the restitution in the amounts provided herein.   A proposed order accompanies this motion.

        Respectfully submitted,

        Erek L. Barron
        United States Attorney

By:   /s/ *Joseph R. Baldwin*
       Joseph R. Baldwin
       Assistant United States Attorney