IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG-20-374 |
| | * | |
| BRIAN ANTHONY GILBERT, | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

## ORDER OF RESTITUTION

WHEREAS, on December 8, 2021, Brian Anthony Gilbert (the "Defendant") was sentenced to 540 months of imprisonment and lifetime supervised release with respect to his convictions for production of child pornography, in violation of 18 U.S.C. § 2251(a) (Counts Three and Six), and possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (Count Nine); and

WHEREAS, the plea agreement included an agreement by the Defendant to the entry of an order for restitution; and

WHEREAS, materials supporting restitution to each of the victims identified below were submitted in connection with sentencing;

WHEREAS, pursuant to 18 U.S.C. § 2259(a), restitution is mandatory with respect to the charges of conviction;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.  The United States' Consent Motion for Order of Restitution is GRANTED.

2.  The Court finds that an adequate basis for the award of restitution has been provided by the Government, and that the restitution amounts are agreed to by the Defendant.

3. Accordingly, the Defendant shall pay restitution in the amounts set forth below to each victim as indicated in the table below.

| Series / Victim # | Restitution Amount |
| --- | --- |
| BluesPink1 | $3000 |
| CinderblockBlue | $3000 |
| Jenny | $3000 |
| Lighthouse1 | $3000 |
| PinkHeartSisters1 | $3000 |
| Sweet Pink Sugar | $3000 |
| Sweet Purple Sugar | $3000 |
| Sweet White Sugar | $3000 |
| Victim 1 | $715 |
| **Total** | **$24,715.00** |

4. The Government shall supply the Clerk of Court with payment instructions for each of these victims for inclusion in the Statement of Reasons.

_____     _____
Date                                                  The Honorable Paul W. Grimm
                                                              United States District Judge