FILED: September 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4696
(8:20-cr-00374-PWG-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRIAN ANTHONY GILBERT

    Defendant - Appellant

_____

O R D E R
_____

For reasons appearing to the court, this case is placed is placed in abeyance pending a decision by this court in *United States v. Lassiter*, No. 22-4147.

For the Court

/s/ Nwamaka Anowi, Clerk